# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150879

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ERIC JASON HANNING,
    Defendant-Appellant.

SC: 150879
COA: 324144
Hillsdale CC: 12-362718-FH

_____/

On order of the Court, the application for leave to appeal the December 2, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2015



Clerk

s1216